UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Richard James Carrillo,<br><br>Defendant. | Case No. 3:25-cr-00090-PDW<br><br>UNOPPOSED MOTION FOR REVOCATION OR AMENDMENT OF DETENTION ORDER |

¶ 1. **COMES NOW**, the Defendant, Richard James Carrillo through his Counsel, Sand Law, PLLC, and hereby moves this Court, pursuant to 18 U.S.C. § 3145(b), for an order revoking or amending the Detention Order entered by Magistrate Judge Senechal in the above-entitled case on April 23, 2025. The motion is not opposed by the government.

¶ 2. As further set forth in the accompanying memorandum, under this Court's de novo review, a condition or combination of conditions exist that will reasonably assure the appearance of the Defendant and the safety of any other person and the community under 18 U.S.C. § 3142(c) after considering the factors set forth in 18 U.S.C. § 3142(g). These factors include the nature and circumstances of the offense charged; the weight of the evidence against the Defendant, the history and characteristics of the Defendant, and the nature and seriousness of the danger to any person or the community that would be posed by the Defendant's release. *Id*.

¶ 3. Based upon the foregoing, the Detention Order should be revoked and/or amended and the Defendant released under such conditions as the Court deems appropriate to assure his appearance and protect the community safety.

¶ 4.  WHEREFORE, based upon the arguments and authorities contained in the accompanying memorandum, the Defendant prays this Court will revoke and/or amend the Detention Order and release the Defendant because a condition or combination of conditions exists that will reasonably assure the Defendant's presence and protect community safety.

Dated: 4/29/25

**SAND LAW, PLLC**
*Co-Counsel for Defendant*

BY:  /s/ David L. Miller
David L. Miller  (#08418)
PO Box 1656
Bismarck, ND 58502
Phone: (701) 609-1510
Email: David@sandlawnd.com