# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING APPEAL FROM** |
| | ) | **MAGISTRATE JUDGE'S ORDER** |
| vs. | ) | |
| | ) | |
| Richard James Carrillo, | ) | Case No. 3:25-cr-90 |
| | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Richard James Carrillo appeals a detention order. Doc. 13. The United States does not oppose the appeal. A district court reviews a magistrate judge's order of detention de novo. See 18 U.S.C. § 3145(b); United States v. Maull, 773 F.2d 1479, 1481 (8th Cir. 1985) (en banc). Having independently reviewed the nature and circumstances of the offenses at issue, the weight of the evidence against Carrillo, his history and characteristics, and the nature and seriousness of the danger to the community by his release, the Court agrees detention is appropriate. After careful review, Carrillo's appeal (Doc. 13) is **DENIED**. Considering the comprehensive briefing submitted, Carrillo's motion for hearing (Doc. 18) is also **DENIED**. Carrillo will remain in custody pending sentencing.

**IT IS SO ORDERED**.

Dated this 12th day of May, 2025.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court