UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Richard James Carrillo,<br><br>Defendant. | Case No. 3:25-CR-00090<br><br>MOTION TO CONTINUE |

¶ 1. On behalf of Defendant, Richard James Carrillo, by his attorney, David Miller:

¶ 2. <u>Motion:</u>

    a. Defendant hereby moves this Court to continue the Sentencing Hearing set to occur on 9/5/2025 to a new, later date.

¶ 3. <u>Case History and facts:</u>

    a. A Sentencing Hearing is set to occur in this matter 9/5/2025.

    b. Counsel for Defendant believes a continuance of the Sentencing Hearing is appropriate at this time.

    c. Defendant has been consulted regarding this proposed continuance and has indicated he is in favor of it.

    d. The Government has been consulted regarding this proposed continuance and has indicated they have no objection.

¶ 4. <u>CONCLUSION:</u>

    a. The Defense believes that under these circumstances, good cause exists to continue the Sentencing Hearing set to occur in this matter on 9/5/2025 to a new, later date.

|  |  |
|---|---|
| Dated: 8/11/2025 | **SAND LAW, PLLC**<br>*Counsel for Defendant*<br><br>/s/ David L. Miller<br>David L. Miller (#08418)<br>P.O. Box 1656<br>Bismarck, ND 58502-1656<br>Phone: (701) 609-1510<br>Email: david@sandlawnd.com |