**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No: 3:24-CR-00090 |
| | ) |
| **RICHARD JAMES CARILLO,** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION TO CONTINUE SENTENCING HEARING**

¶1.  On behalf of the Defendant, Richard James Carillo, by his attorney, David Miller:

¶2.  <u>Motion</u>:

    a.  Defendant hereby moves this Court to continue the Sentencing Hearing set to occur on 2/9/26 to a new, later date.

¶3.  <u>Case History and Facts</u>:

    a.  A Sentencing Hearing is set to occur on 2/9/26.

    b.  Counsel for Defendant believes a continuance of the Sentencing Hearing is appropriate at this time.

    c.  Defendant has been consulted regarding this proposed continuance and has indicated he is in favor of it.

    d.  The Government has been consulted regarding this proposed continuance and has indicated they have no objection and joins in such request.

¶4. CONCLUSION:

    a. The defense believes that under these circumstances, good cause exists to continue the Sentencing Hearing set to occur on 2/9/2026, to a new, later date.

DATED: 2/3/2026          **SAND LAW, PLLC**

*Counsel for the Defendant*

/s/David L. Miller
David L. Miller #08418
PO Box 1656
Bismarck, North Dakota 58502-1656
Phone: (701) 609-1510
Email: David@sandlawnd.com